# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAGBIR SINGH,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:26-cv-04112-LK

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the petition for a writ of habeas corpus is GRANTED with the relief ordered in docket entry 8.

Dated November 20, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Natalie Wood*
Deputy Clerk